**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Crowther Raymond
   (Last)      (First)      (Initial)

Prisoner Number Jail I.D.# UJK045

Institutional Address 5325 Broder Blvd Dublin CA 94568

===

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond Crowther
(Enter the full name of plaintiff in this action.)

vs.

Alameda County Jail
Medical And Coustdy
Staff Etc al...

(Enter the full name of the defendant(s) in this action)

Case No. C 07 3227 CW (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement Santa Rita Jail - Alameda County,

B.   Is there a grievance procedure in this institution?

   YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

   YES ( )   NO (X)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                      - 1 -

1 |     1. Informal appeal _____
2 
3 
4 |     2. First formal level _____
5 
6 
7 |     3. Second formal level _____
8 
9 
10 |     4. Third formal level _____
11 
12 
13 |   E.   Is the last level to which you appealed the highest level of appeal available to
14 |        you?
15 |           YES ( )    NO ( )
16 |   F.   If you did not present your claim for review through the grievance procedure,
17 | explain why. Because To Pursuit Grievance would Result In
18 | Irreparable Injury.
19 
20 | II.   Parties.
21 |   A.   Write your name and your present address. Do the same for additional plaintiffs,
22 |        if any.
23 | Raymond Crousther I.D. # UJK045
24 | 5325 Broder Blvd
25 | Dublin CA 94568
26 |   B.   Write the full name of each defendant, his or her official position, and his or her
27 |        place of employment.
28 | medical Technician, And Alameda County Jail Staff

COMPLAINT               - 2 -

1  
2  
3  
4  

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Plaintiff Has mental And Physical Disabilities Plaintiff Is Covered under The American with Disabilitie Act.

Plaintiff Is Now under Imminent Danger of Serious Physical Injury See: 28 U.S.C. Penal Code section 1915(g). Plaintiff Is Affaird To Get my morning medications For Diabetes And High Blood Pressure. Plaintiff Fear Retalation From A white Female medical Technician. on June 6, 2007. Plaintiff File A Inmate Grievance Concering Racial Discrimination. As of Today Plaintiff Still Has Not Recived Any Tracking Number or Log Number From The Inmate Grievance. Neither Have The white Female medical Technician Given me or Call me For my serious medical Needs on Her Shifts of June, 7 Thru 13th. I Don't Feel Good And I'm Afaird. Plaintiff Is Black American. Except For June 8th and 9th Her off Days

IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Issure An Emergency To Stop The Discrimination Against me. And Allow me To Recived my medication. Sue The Defendants The Entire Coustdy Staff for $1,000,000. And Appoint Attorney To Repersent Plaintiff.

COMPLAINT                           - 3 -

1 Plaintiff Is A Disable Person Who Do Belive He
2 Can Go Foward With This Complaint without The
3 Court Appointing Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __June__, 20_07_

_____
(Plaintiff's signature)