Raymond Crowther
CDC # V79553
P.O. 600
Tracy, CA 95378

RECEIVED / Filed
JUN 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
of The United State District
Court.

Raymond Crowther
   Plaintiff

vs.

Alameda County Jail
medical and Coustdy
Staff. Defendant

Case ? 3227
C07 - ~~####~~ CW

Motion and
Notice of
For Change of
Address
And Status Request

Come Now I Raymond Crowther And Plaintiff In The Above Action Civil Rights Act under 42 U.S.C Penal Code 1983. File Application Dated June 13th 2007. Plaintiff Do Not Know Case Number Could you Please Give Plaintiff Case Number And Case Status Please Thank you.

Dated 6-18-2007.

Respectfully submitted
Raymond Crowther
Raymond Crowther