IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CROWTHER,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY JAIL,<br><br>    Defendants.                        / | No. C 07-03227 CW (PR)<br><br>ORDER DIRECTING PAYMENT OF FILING FEE OR FILING OF IN FORMA PAUPERIS APPLICATION |

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. The Court notes that Plaintiff's address has changed since the Clerk sent the notice. To date, Plaintiff has not paid the requisite $350.00 filing fee or filed an application for leave to proceed IFP.

    Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id. § 1915(a)(1), (2). If the court determines that the plaintiff is unable to pay the full filing fee at the time of filing, the plaintiff will be granted leave to

proceed IFP. This means that the filing fee must be paid by way of an installment plan, according to which the court first will assess and collect a partial filing fee from the prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the preceding month's income credited to Plaintiff's account until the full $350.00 filing fee is paid. Id. § 1915(b)(1). The agency having custody of the prisoner is responsible for forwarding to the court payments from Plaintiff's account each time the amount in the account exceeds ten dollars. See id.

Therefore, before the Court will proceed to review the complaint Plaintiff is hereby ORDERED to pay the requisite $350.00 filing fee in this action no later than thirty (30) days from the date of this Order. He shall include with his payment a clear indication that it is for the above-referenced case number, C 07-03227 CW (PR). In the event that Plaintiff is unable to pay the filing fee, he shall submit an IFP application, trust account statement and certificate of funds no later than thirty (30) days from the date of this Order.

Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

The Clerk of the Court shall send Plaintiff a blank prisoner IFP application form along with his copy of this Order.

IT IS SO ORDERED.

DATED: 9/17/07

_____
CLAUDIA WILKEN
United States District Judge

P:\PRO-SE\CW\CR.07\Crowther3227.fileIFPorPAY.wpd  2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CROWTHER,

        Plaintiff,

v.

ALAMEDA COUNTY JAIL et al,

        Defendant.

Case Number: CV07-03227 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Crowther V79553      w/ifp appl.
E-231-U
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378

Dated: September 17, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Crowther3227.fileIFPorPAY.wpd  3