IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CROWTHER,

    Plaintiff,

  v.

ALAMEDA COUNTY JAIL,

    Defendants.
_____/

No. 07-03227 CW

ORDER OF DISMISSAL

    On September 17, 2007, the Court issued an Order Directing Payment of Filing Fee or Filing of In Forma Pauperis Application, wherein the Plaintiff was to pay the requisite $350.00 filing fee or submit an IFP application, trust account statement and certificate of funds within thirty (30) days.  Failure to pay the filing fee or file the requisite documents within the thirty-day deadline would result in dismissal of this action for failure to prosecute.  A blank IFP application was mailed to Plaintiff.  The time to pay the filing fee or file the requisite documents has passed and Plaintiff has neither paid the fee nor filed the documents.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice.

Dated  10/30/07

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CROWTHER,

        Plaintiff,

  v.

ALAMEDA COUNTY JAIL et al,

        Defendant.

Case Number: CV07-03227 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Crowther V79553
E-231-U
Deuel Vocational Institution
P.O. Box 600
Tracy, CA 95378

Dated: October 30, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk